## United States Bankruptcy Court
### District of Massachusetts

IN RE:                                                    Case No. _____

**DFM Industries, Inc.** _____    Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 31, 2011** _____    Signature: */s/ Glen Pisani* _____
                                **Glen Pisani, President**                          Debtor

Date: _____    Signature: _____
                                                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A-Quick Pick Crane Services
15 Royal Court
Shelton, CT  06484


ABC Insurance Trust
4250 Nporth Fairfax Drive, 9th Fl
Arlington, VA  22203


ABCO Welding & Industrial Supply
PO Box 620
Waterford, CT  06385-0620


Adamu, Ibrahim M.
11 Dumais St.
Fitchburg, MA  01420


Airgas East
PO Box 827049
Philadelphia, PA  19182-7049


All-Set Crane, Inc.
20 Industrial Drive
Wrenthem, MA  02093


Allied Auto
PO Box 1040
Brockton, MA  02303


American Express Corporate
PO Box 28565
New York, NY  10116-2855


American Red Cross
PO Box 843078
Boston, MA  02289-3078

American Steel Erectors, Inc.
PO Box 185
Greenfield, NH   03047


Amidon, Scott S.
P.O.B. 321
Wrentham, MA   02093


Applied Underwriters
PO Box 3606
Omaha, NE   68103-0646


Associated Builders And Contractors
200 Wheeler Road
Burlington, MA   01803


Baisley, Lee D.
47 Jionzo Rd.
Milford, MA   01757


Bank Of America
PO Boxz 15710
Wilmington, DE   19886-5710


Barrett Industries
56 Marshall Street
Leominster, MA   01453


Baxter, Inc.
10 Bay View Street
West Yarmouth, MA   02673


Bay Crane
11-02 43rd Avenue
Long Island City, NY   11101

Bay State Gas
PO Box 742514
Cincinnati, OH  45274-2514


Blais, Alexandra C.
411 Iron Mine Hill Rd.
North Smithfield, RI  02896


Blais, Jude
411 Iron Mine Hill Rd.
North Smithfield, RI  02896


Blue Cross Blue Shield
PO Box 371318
Pittsburgh, PA  15250-7318


Blueport Wireless
730 Madison Street
Wrenthem, MA  02093


Bone, Ryan W.
57 Lakeside Ave.
North Dartmouth, MA  02747


Bueno, Carlos
15 Dover St.
Providence, RI  02908


Bunn, Horace
91 Pine Street
Springfield, MA  01105


Burhart, John Henry M.
37 Paulette Rd.
Attleboro, MA  02703

Burns, David
14 Summit Rd.
Cumberland, RI   02864


Business Card
PO Box 15710
Wilmington, DE   19886-5710


BWP Distributors
PO Box 18910
Newark, NJ   07191


C.P. Buckner Steel Erection, Inc.
PO Box 598
Graham, NC   27253


Cableworks, Inc.
PO Box 651
Putnam, CT   06260-6709


Callahan Disposal
PO Box 278
Norfolk, MA   02056


CanAm Steel
PO Box 285
Point Of Rocks, MD   21777-0285


Car Quest
BWP Distributors
P.O.B. 18910
Newark, NJ   07191


Carrero, Daniel
681 Pine Street
Central Falls, RI   02863

Cataldo's Paint
84 South Stree
Wrentham, MA   02093


Central Mass Crane Services, Inc.
PO Box 325
Rochdale, MA   01542


Central Steel Supply Co.
99 Foley Street
Somerville, MA   02145


Chapdelaine, Mark
103 East St.
Woonsocket, RI   02895


Chasarik, Casey R.
368 Newport Ave
South Attleboro, MA   02703


Chase
PO Box 15153
Wilmington, DE   19886-5153


Chassie, Shannon
33 Thayer St.
Millville, MA   01529


Chilel, Yimi
202 Eastwood
Providence, RI   02916


CIT Technoilogy Financial Services
21146 Newtwork Place
Chicago, IL   60673

Citi Cards
PO Box 183060
Columbus, OH  43218-3060


CitiBusiness Cards
P.O.B. 183065
Columbus, OH  43218-3065


Clicksaftey
333 Camille Avenue
Alamo, CA  94507


Colony Hardware Supply Co., Inc.
15 Stile St.
New Haven, CT  06512


Commonwealth Of Massachusetts
P.O.B 9664
Boston, MA  02114-9564


Connors, Christopher David
684 Rathbun St.
Blackstone, MA  01504


Connors, Derek Michael
286 Yew St.
Douglas, MA  01516


Cooke, Joshua A.
699 South Main St.
Bellingham, MA  02019


Cooper, Christopher
35 Cowell St.
Plainville, MA  02762

Crane And Rigging Services L.L.C.
P.O.B. 311
Holbrook, MA   02343


David A. Bosworthcol, Inc.
15 Roc Sam Park Rd,
Braintree, MA   02184


Dennison Lubricants, Inc.
102 Charles A Eldridge Drive
Lakeville, MA   02347


Dessert, Matthew
35 Cypress St.
East Providence, RI   02915


Driscoll, Jimmy
378 Partridge St.
Franklin, MA   02038


Elite Construction Rentals
111 Prestige Park Rd.
East Hartford, CT   06108-1923


Ellenberger, Derek M.
133b Providence St.
Millville, MA   01529


English, Matthew J.
P.O.B. 521
North Uxbridge, MA   01538


Equipment 4 Rent
370 S. Main St. Rte.28
West Bridgewater, MA   02379

```
ESI
730 Madison St.
Wrentham, MA   02093


Estrada, Frank R.
64 Bloomingdale Ave.
Pawtucket, RI   02860


Fastenal Company
P.O.B. 978
Winona, MN   55987-0978


FedEx
P.O.B. 371461
Pittsburg, PA   15250-7461


Fire Equipment, Inc.
P.O.B. 414259
Boston, MA   02241-4259


Fire Extinguisher Service Co., Inc.
25 Walpole Park South Unit 9
Walpole, MA   02081


Fleet Services (Wright Express)
P.O.B. 6293
Carol Stream, IL   60197-6293


Fogg, Megan
40 Hamilton Rd.
Wrentham, MA   02093


Fraser Molloy
P.O.B. 202
Lincoln, MA   01773-0202
```

Frechette, Kyle R.
8 Prospect St.
Putnam, CT  06260


G.W.Y., Inc.
P.O.B. 293
Greenfield, NH  03047


Gainey, David J.
140 Cabot St.
Chicopee, MA  01013


Gardner-Watson Decking, Inc.
305 Scarlet Blvd
Oldsmar, FL  34677


Garney, Jared
160 Church St.
Raynham, MA  02767


George E. Kent Co., Inc.
P.O.B. 606
Norwood, MA  02062


Gladden, Shane
40 Mapledelle St.
Springfield, MA  01109


Gomez, Javier
108 Murray Street
Providence, RI  02909


Goodwin Jr., Roy
53 Gilboa St.
Douglas, MA  01516

Goodwin, Corey M.
53 Gilboa St
Douglas, MA  01516


Graham, Charlie
250 Mansfield Ave.
Norton, MA  02766


Grand Rental Station
262 Dedham St., Rt. 1A
Norfolk, MA  02056


Hassell, Stephen
15 Valerie Drive
Plainville, MA  02762


Hayes, John A.
37D Courtland St.
Nashua, NH  03064


Healy, Robert D.
108 Hope St.
Seekonk, MA  02771


Healy, Seth
548 Mendon Rd.
N. Smithfield, RI  02896


Hebert, Jarrod
35 Spring St.
Plainville, MA  02762


Hernandez, Eric
948 Atwells Avenue
Providence, RI  02909

Hinkley, Thomas J.
30 Albee Rd.
Uxbridge, MA   01564


Home Depot Credit Services
P.O.B. 6925
The Lakes, NV   88901-6925


IRS
P.O.B. 21126
Philadelphia, PA   19114


Irving Oil Corp
P.O.B. 11013
Lewiston, ME   04243


Island Pension Associates
P.O.B. 2188
Tisbury, MA   02568


Justin, Craig
82 Main St.
Chichester, NH   03258


Kelly Jr., Kevin David
197 Blackstone St.
Blackstone, MA   01504


Koziol. John
69 Milliken Ave.
Franklin, MA   02038


Laflamme, Nicholas William
147 South St.
Plainville, MA   02762

Lazdowsky, Michael
11 Cleveland St.
Norfolk, MA   02056


Ledeboer, Marc
226 Bullard St.
Holden, MA   01520


Legge, Bruce
85 Pond St.
Norfolk, MA   02056


Lewis Jr., James T.
73 Old Troy Rd.
Fitzwilliam, NH   03447


Lewis, Nick C.
1 Monadnock St.
Troy, NH   03465


Locke Crane Associates, LLC
P.O.B. 219
Rayond, NH   03077


MAS Building & Bridge
P.O.B. 49
Franklin, MA   02038


Matus Jr., Stanley Robert
253 Centre Ave.
Rockland, MA   02370


Maverick Inc.
1220 Fish Rd.
Tiverton, RI   02878

McEachern, Michael L.
301 Union St.
Franklin, MA   02038


Middlesex Gases & Tech
P.O.B. 490249
Everett, MA   02149


Mora, Marcial L.
11 Canton St.
Providence, RI   02908


Morganelli, Gerald
4 Elizabeth St.
Uxbridge, MA   01569


Moyer, Andrew W.
312 Lincoln St.
Franklin, MA   02038


Mundell, James
924 Pinedale
Athol, MA   01331


Murdock, Tom
53 Wright St.
Danielson, CT   06239


National Grid
National Grid Processing Center
Woburn, MA   01807-0005


Nelson Stud Welding, Inc.
6032 Reliable Parkway
Chicago, IL   60686-0060

NES Med Serv CT
C/O WPBS
P.O.B. 409010
Atlanta, GA  30384-9010


NES Rentals
P.O.B.  8500-1226
Philadelphia, PA  19178-1226


Nicholson, Shawn P.
12 Walnut Ave,
Franklin, MA  02038


Norfolk Power
5 Cushing Drive
Wrentham, MA  02093


NorthStar Equipment
24 Martin St. Suite 4
Cumberland, RI  02864


Nunn, Roger W.
14 Thompson St.
Concord, NH  03301


Ortega, Arturo Manuel
161 Oak Grove Ave.
Springfield, MA  01109


Pariot Supply Corp.
172 Copeland Dr,
Mansfield, MA  02048


Philip A. Rand Co. Inc.
139 California St,
Newton, MA  02458

Pisani, Dana
33 Grove St.
Norfolk, MA  02056


Pisani, Glen
35 Oxbow Drive
Wrentham, MA  02093


Pitney Bowes
Purchase Power
P.O.B. 856390
Louisville, KY  40285-6192


Poland Spring Water Co.
P.O.B. 856192
Louisville, KY  40285-6042


Powers, Nicholas J.
135 Sutton Rd.
Webster, MA  01570


Purchase Power
P.O.B. 856042
Louisville, KY  40285-6042


Quality Crane Services Inc.
31 Bates St.
Portland, ME  04103


Quinn, Nicholas
133 Carlson Drive
Cumberland, RI  02864


Raymond James Financial
443 East Central St.
Franklin, MA  02038

Red-D-Arc
P.O.B. 532618
Atlanta, GA  30353-2618


Regional Service
1 Depot St.
Wrentham, MA  02093


Reid, Derek
160 Elm St.
Braintree, MA  02184


Reynolds, Joshua W.
22 Bayberry Circle
Millis, MA  02054


Rivera, Andres
78 Rowland St.
Springfield, MA  01107


Robert Foss
P.O.B. 1563
Seabrook, NH  03874


Romero, Margarito
123 Pocasset Ave.
Providence, RI  02909


Rosa Jr, Paito.
106 Murray St.
Providence, RI  02909


Rose Steel
250 Ocean Rd.
Greenland, NH  03840

```
RSC Equipment Rentals
P.O.B. 840514
Dallas, TX  75284


Sacco, Jay
17 Augsberg Drive
Attleboro, MA  02703


Safelite Fulfillment Inc.
P.O.B. 633197
Cincinatti, OH  45263-3197


Samet & Company, P.C.
1330 Boyleston St.
Chestnut Hill, MA  02167


Shaw, Andrew R.
135 East Wallum Lake Rd.
Pascoag, RI  02859


Shawmut Equipment Company, Inc.
20 Tolland Turnpike
Manchester, CT  06042


Shirley, David Allen
360 Madison St.
Fitchburg, MA  01420


Slobogan, Joshua
1 Gauvin St.
East Wareham, MA  02538


Slobogan, Nate
16 Berry St.
Plainville, MA  02762
```

Somers, Stephen M.
78 West Main St.
Millbury, MA  01527


Sprint
P.O.B. 4181
Carol Stream, IL  60197-4181


Staples Credit Plan
P.O.B. 689020
Des Moines, IA  50368-9020


Sullivan, Laurence M.
684 Rathbun St.
Blackstone, MA  01504


Sunbelt Rentals Inc.
P.O.B. 409211
Atlanta, GA  30384-9211


Taddeo, Stephen A.
141 Wachusett St.
Franklin, MA  02038


TD Bank
PO Box 5600
Lewiston, ME  04243-5600


The Steel Shop
P.O.B. 387
Wrentham, MA  02093


Tools Unlimited, Inc.
P.O.B. 362
Stoughton, MA  02072

Town Of Wrentham
P.O.B. 4110
Woburn, MA  01888-4110


Tressler, John M.
24 Walsh St.
Springfield, MA  01109


Tyo, Stephen W.
255 Mechanic Street
Killingly, CT  06239


UMass Memorial Medical Center
P.O.B. 415366
Boston, MA  02241-5366


United Rentals, Inc.
P.O.B. 100711
Atlanta, GA  30384-0711


University Publications
14 Kendrick St.
Wrentham, MA  02093


Vanassee Hangen Brustlin, Inc.
P.O.B. 9151
Watertown, MA  02471


Vanden Bussche, Lyndon E.
15 Winter Street
Farmington, NH  03835


Verizon
P.O.B. 1
Worcester, MA  01654-0001

Verizon Wireless
P.O.B. 15062
Albany, NY  12212-5062


Village Forge
P.O.B. 55
Readville, MA  02137


W.C. Welding
White Pond Rd.
Athol, MA  01331


Walton, John B.
85 Duke Lane
Lyman, ME  04002


Washington, Jesse R.
24 Allen Ave.
Pawtucket, RI  02860


William R. Dunlap, Inc.
96 Pond St.
Seekonk, MA  02771


Williams Scotsman, Inc.
P.O.B. 91975
Chicago, IL  60693-1973


Willim, Matthew D.
9 Magnolia St.
South Attleboro, MA  02703


Winkler Crane Inc.
P.O.B. 1110
Truro, MA  02666

```
Wood's CRW Corp.
P.O.B. 1099
Williston, VT  05494


Zachariwicz, Kenneth Scott
11 Lexington St.
Leicester, MA  01524


Zhang, Xuan
5 Arrowhead Circle
Ashland, MA  01721
```